## Commonwealth *v.* Sciandra, Appellant.

Submitted March 16, 1970. *Frank J. McDonnell,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Seawood, Appellant.

Argued March 19, 1970. *Keith B. Quigley,* for appellant; *Harold E. Sheely,* District Attorney, for Commonwealth, appellee, submitted a brief.

Judgment of sentence affirmed.